PD-0284-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

DEAR CLERK:

ENCLOSED PLEASE FIND MY DECLARATION OF INABILITY TO PAY COST. PLEASE FILE MOTION AND BRING IT TO THE ATTENTION OF THE COURT. YOUR HELP IS ALSO GREATLY NEED IN GETTING MY TRIAL RECORDS SO I CAN FURTHER MY RESPONSE PRO SE, BECAUSE WITHOUT THESE RECORDS, I WANT BE ABLE TO MEET THE JUNE 1, 2015, DEADLINE.

PLEASE DATE-STAMP THIS LETTER AND RETURN IT TO ME AT MY ADDRESS SHOWN BELOW.

I ALSO REQUEST THAT YOU NOTIFY ME OF THE COURT'S RULING ON MY MOTION.

SINCERLY,

Finley Wright # 01879190
TELFORD UNIT / 8J-31T
3899 STATE HWY 98
NEW BOSTON, TEXAS 75570

## DECLARATION OF INABILITY TO PAY COST

THE FOLLOWING DECLARATION IS MADE PURSUANT TO THE TEXAS RULES OF CIVIL PROCEDURE AND TITLE 6, CHAPTER 132 OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE.

NOW RESPECTFULLY COMES FINLEY WRIGHT, 01879190, AND DECLARES THAT I AM UNABLE TO PAY THE COURT COSTS IN THIS CRIMINAL ACTION AND WOULD SHOW THE COURT THE FOLLOWING:

(1) I AM PRESENTLY INCARCERATED IN THE TELFORD UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

(2) I HAVE NO SOURCE OF INCOME OR SPOUSAL INCOME.

(3) I CURRENTLY HAVE $ 0 CREDITED TO ME IN THE INMATE TRUST FUND.

(4) DURING MY INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE I HAVE RECIEVED APPROXIMATELY $ 30°° PER MONTH AS GIFTS FROM RELATIVES AND FRIENDS.

(5) I NEITHER OWN NOR HAVE AN INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNT, AND I RECEIVED NO INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

(6) I HAVE ONE DEPENDENT.

(7) I HAVE TOTAL DEBTS OF APPROXIMATELY $ 0 .

(8) I OWE $ 0 AS RESTITUTION.

(9) MY MONTHLY EXPENSES ARE APPROXIMATELY $ 0.

BEING PRESENTLY INCARCERATED IN THE TELFORD UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN BOWIE COUNTY, TEXAS, I VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED ON THIS THE 15 TH DAY OF MAY, 2015.

FINLEY WRIGHT
#01879190